UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. ARENDT,

    Plaintiff,

    v.

SCOTT KERNAN,

    Defendant.

Case No. 18-cv-00998-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to file an amended complaint. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain an amended complaint that complies in all respects with the order dismissing the complaint with leave to amend. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 20, 2019

                              RICHARD SEEBORG
                              United States District Judge